Ahren A. Tiller, Esq. [SBN: 250608]
ahren.tiller@blc-sd.com
Bankruptcy Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiffs
IRENE WILLIAMS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE WILLIAMS<br><br>Plaintiffs,<br><br>v.<br><br>COMENITY BANK; COMENITY, LLC. and DOES 1-10, inclusive<br><br>Defendants | CASE NO: 3:17-cv-02113-BTM-BGS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>JUDGE: Hon. Barry Ted Moskowitz<br><br>MAGISTRATE: Hon. Bernard G. Skomal |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff IRENE WILLIAMS has settled all her claims as to all Defendants. Plaintiff and Defendants COMENITY BANK and COMENITY LLC intend to file a stipulation of dismissal with prejudice as to all Defendants.

The Parties will file a Joint Motion to Dismiss no later than March 2, 2018.

The Parties respectfully request the Court to vacate the Early Neutral Evaluation Conference set for February 16, 2018.

Dated: February 1, 2018        By:     /s/ Ahren A. Tiller
                                       Ahren A. Tiller, Esq.
                                       Bankruptcy Law Center, APC
                                       Attorney for Plaintiff

Dated: February 1, 2018        By:     /s/ Jennifer L. Yarzdi
                                       Jennifer L. Yarzdi
                                       Simmonds & Narita LLP
                                       Attorney for Defendants
                                       Comenity Bank and
                                       Comenity LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, I hereby certify that the contents of the Joint Notice of Settlement are acceptable to Jennifer L. Yarzdi, Attorney for Defendants Comenity Bank and Comenity, LLC., and that I have obtained authorization to affix her electronic signature to this document.

Dated: February 1, 2018        By: /s/ Ahren A. Tiller
                                   Ahren A. Tiller, Esq.
                                   Bankruptcy Law Center, APC
                                   Attorney for Plaintiff