# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE WILLIAMS<br><br>Plaintiffs,<br><br>v.<br><br>COMENITY BANK; COMENITY, LLC. and DOES 1-10, inclusive<br><br>Defendants | CASE NO: 3:17-cv-02113-BTM-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>JUDGE: Hon. Barry Ted Moskowitz<br><br>MAGISTRATE: Hon. Bernard G. Skomal |

Having considered the Joint Motion for Dismissal of Entire Action With Prejudice ("Dismissal Motion") filed by Plaintiff IRENE WILLIAMS and Defendants COMENITY BANK and COMENITY LLC., as ECF No. 16, the Court orders as follows:

The Dismissal Motion is GRANTED.

The Court hereby orders this case DISMISSED WITH PREJUDICE as to all Parties, with each party to bear their own fees and costs.

**IT IS SO ORDERED**

Dated:  March 13, 2018

Hon. Barry Ted Moskowitz
United States District Judge